**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DARRELL WILLIAMS, #73459-509,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:21-cr-165-TFM-B |
| ) | CIV. ACT. NO. 1:23-cv-320-TFM-B |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On January 24, 2024, the Magistrate Judge issued a Report and Recommendation in which she recommends the petition brought pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence (Doc. 348, filed 8/21/23) be denied. *See* Doc. 368. No objections were filed and the timeframe has passed. Therefore, the matter is ripe for review.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 368) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Darrell Williams' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 348) is **DENIED** and this petition is **DISMISSED with prejudice**. The Court further finds that Petitioner is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

A separate judgment will issue under Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 24th day of April, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE