# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS, #73459-509,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 1:21-cr-165-TM-B |
| ) | CIV. ACT. NO. 1:23-cv-320-TFM-B |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date denying and dismissing Petitioner Darrell Williams' Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, the United States of America, and against the Petitioner, Darrell Williams. Petitioner Williams is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

The Clerk of Court is **DIRECTED** to enter this document on the docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 24th day of April, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE